IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENDRICK DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: WDQ12CV0143 |
| v. ) | |
| ) | |
| THE CBE GROUP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

    PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendant with Plaintiff's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Respectfully submitted this 5th day of April, 2012.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar No.: 17420
200A Monroe Street, Suite 104
Rockville, Maryland 20852
Telephone: 301-424-7490
Facsimile: 301-424-7470
E-Mail: bstuart@roncanterllc.com
*Attorney for Defendant The CBE Group, Inc.*

1

2

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by E-Mail and First Class Mail on this 5th day of April, 2012:

>Kendrick Davis
>8135 Scotts Level Road
>Pikesville, Maryland 21208
>E-Mail:  Kcdavis530@gmail.com
>*Plaintiff, pro se*

>/s/ Birgit Dachtera Stuart
>Birgit Dachtera Stuart, Esquire
>*Attorney for Defendant The CBE Group, Inc.*