IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENDRICK DAVIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: WDQ12CV0143 |
| THE CBE GROUP, INC. | ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL

COME NOW KENDRICK DAVIS (the "Plaintiff"), and THE CBE GROUP, INC. (the

"Defendant") and stipulate to the dismissal of this civil action with prejudice pursuant to Rule 41

of the Federal Rules of Civil Procedure.

**SO STIPULATED:**

Kendrick Davis
8135 Scotts Level Road
Pikesville, Maryland 21208
*Plaintiff, pro se*


/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
The Law Offices of Ronald S. Canter, LLC
Bar No.: 17420
200A Monroe Street, Suite 104
Rockville, Maryland 20852
Telephone: 301-424-7490
Facsimile: 301-424-7470
E-Mail: bstuart@roncanterllc.com
*Attorney for Defendant The CBE Group, Inc.*

"APPROVED"

5/2/12
Date

William D. Quarles, Jr.
United States District Judge

1